JS-6

James W. Johnston
California State Bar No.125287
3877 Twelfth Street
Riverside, California 92501
(213) 291-0648 –Telephone
(877) 571-0091 – Facsimile
jj@johnstonlawoffice.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| RAYMOND YOUNG<br><br>      Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, and Does 1 through 10, inclusive<br><br>      Defendants | Case No: **EDCV 08-00630 SGL (OPx)**<br><br>(~~PROPOSED~~) **ORDER DISMISSING CASE WITH PREJUDICE** |

### ORDER

Based on the Stipulation of Dismissal submitted by the parties in this action, the Court hereby dismisses this Action with prejudice.

Date: July 16, 2009          By: _/s/ S.G. Larson_
                                The Honorable Stephen G. Larson
                                Judge of the United States
                                District Court-Central District of
                                California

1